IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Randle, Yolanda S

Printed: 01/13/09

Case Number: 07 B 22099
Judge: Squires, John H
Filed: 11/26/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 3, 2008
Confirmed: January 23, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,510.00 |  |
| Secured: |  | 550.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,740.95 |
| Trustee Fee: |  | 219.05 |
| Other Funds: |  | 0.00 |
| Totals: | 3,510.00 | 3,510.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,510.50 | 2,740.95 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial Mortgage | Secured | 5,451.05 | 550.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 1,374.88 | 0.00 |
| 5. | Capital One | Unsecured | 63.83 | 0.00 |
| 6. | Little Company Of Mary Hospital | Unsecured | 148.93 | 0.00 |
| 7. | Monterey Financial Services | Unsecured | 25.32 | 0.00 |
| 8. | Capital One | Unsecured | 152.97 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 50.00 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 13.44 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 131.73 | 0.00 |
| 12. | Bank Of America | Unsecured |  | No Claim Filed |
| 13. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 14. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 15. | Nicor Gas | Unsecured |  | No Claim Filed |
| 16. | CCA | Unsecured |  | No Claim Filed |
| 17. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 18. | Medical Collections | Unsecured |  | No Claim Filed |
| 19. | Medical Collections | Unsecured |  | No Claim Filed |
| 20. | Schreiber & Associates | Unsecured |  | No Claim Filed |
|  |  |  | $ 10,922.65 | $ 3,290.95 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Randle, Yolanda S

Printed: 01/13/09

Case Number:  07 B 22099
Judge:  Squires, John H
Filed:  11/26/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 49.14 |
| 6.5% | 109.85 |
| 6.6% | 60.06 |
|  | $ 219.05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

